IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY BOLING | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3-07-CV-0472-N |
| RICK HARRISON, ET AL. | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SIGNED April 26, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE